UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Case No. 20 CR 232 |
| vs. ) | |
| ) | Judge Ronald A. Guzman |
| JAMES COLLLINS, *et al.* ) | |

### *UNOPPOSED* MOTION TO MODIFY CONDITIONS OF BOND FOR DEFENDANT JAMES COLLINS

Defendant James Collins, by and through his counsel, Terence H. Campbell of Cotsirilos, Tighe, Streicker, Poulos & Campbell, respectfully submits the following Unopposed Motion to Modify Conditions of Bond. In support of this motion, Collins states as follows:

1. Jim Collins, who is 52 years old and has no prior criminal record, is charged with fraud relating to the management of Honor Finance, a sub-prime lending company that was based in the Chicago area. The trial was originally set for August 2022, but had to be rescheduled by the Court and the case is now set for trial in the Fall of 2023.

2. Mr. Collins attended the United States Military Academy at West Point, where he played for and was captain of the Army basketball team. He is the sole custodial parent for his 17 year old son, and raised four other now-adult children by himself. Mr. Collins has been active in coaching youth teams in multiple sports, mentoring young people, and volunteering in his community throughout his adult life, typically over 300-plus hours per year.

3. As discussed further below, Mr. Collins is the primary caregiver to his elderly parents who suffer from serious medical conditions and require his assistance at unpredictable hours, day and night.

4. As the Court was previously advised, last February and shortly after his younger

brother passed away, Mr. Collins, who has struggled with alcohol issues, was charged with a DUI offense in state court. That case was resolved on August 16, 2022, with an Order of Supervision, with his period of Supervision ending on August 7, 2023. (Ex. A). Mr. Collins has fully complied with the terms of his state court Supervision and continues to do so.

5. As a result of his DUI charge, this Court put certain additional conditions on Mr. Collins' Bond, including (a) that he seek appropriate mental health counselling, including in-patient treatment; and (b) that Mr. Collins be subject to Electronic Home Monitoring overseen by Pre-Trial Services, which requires Mr. Collins to be confined in his house from 8:00 p.m. to 7:00 a.m. each day.

6. Since his DUI arrest, Mr. Collins has diligently abided by the Court's directives, and has taken several substantial steps to address the issues that underlaid his alcohol abuse issues. Specifically, Mr. Collins has:

    a. Completed a Voluntary Intensive Out-patient treatment with Hazelden Chicago from February 21 – March 11, 2022;

    b. Completed an in-patient treatment with the Betty Ford Clinic from March 16 – April 11, 2022; and

    c. Participates in mental health counseling twice per week with two separate mental health professionals (one session with each of them each week).

    d. Abides by the prescription medication regimen, monitored by his medical doctors, to treat his condition.

Mr. Collins has dutifully abided by all his Bond conditions ever since his DUI charge and continues to do so.

7. Mr. Collins is engaged in community service with two minority support groups in

Evanston:  FAAM, the Fellowship of African-American Men, a community-based junior high school outreach program; and Kuumba, and educational and youth mentoring program.  To date, he has been working behind the scenes on these programs because of the possible negative perceptions his Electronic Monitoring bracelet would create with the young people, but it is his hope and intent to work directly with the youths, as he has done throughout his life.

8. Because of the Electronic Monitoring and home confinement, Mr. Collins has not been able to attend to a number of important family matters.  Most significantly, Mr. Collins is the primary caregiver for his elderly parents who live in the Chicago area – and they are dependent on his help even more so since his younger brother passed away in January.  His parents suffer from serious medical conditions – his mother has Multiple Sclerosis and is wheelchair bound, and his father's health is deteriorating.  They cannot drive, and rely on Mr. Collins for regular assistance at unpredictable hours of the day and night.  While, he has been on Electronic Monitoring, Mr. Collins' ability to tend to their increasingly unpredictable and often urgent needs has been restricted.  Likewise, his ability to take them to family events and see their grandchildren has been restricted.  In addition, because of the hours of his home confinement, Mr. Collins, and therefore his parents, have not been able to attend sports events his teenage son participates in during the evening hours.

9. Also because of his prominent Electronic Monitoring bracelet, Mr. Collins is not currently able to coach youth sports as he has done throughout his adult life because of the possible negative perceptions that would create with the young people he coaches. Coaching youth sports teams and helping to develop young people has been a consistent part of Mr. Collins adult life and something he fervently wants to continue.

10. Importantly, Mr. Collins mental health counselors are of the opinion his home

confinement is counter-productive to his therapy and mental health. Thus, one of his counselors, Ellen Reiger, MA, LCPC, CADC, states:

> [I]t is my clinical opinion that Mr. Collins home confinement be discontinued immediately.
>
> He is a recovering alcoholic and isolation is contraindicated for continued sobriety. In addition he is the sole caretaker of his elderly parents who count on him for assistance with their activities of daily living.
>
> I have been treating Mr. Collins weekly for about a year. He has made significant progress coping with his mental health, is compliant with his treatment plan and willingly takes his medications daily.
>
> He has expressed interest in volunteering with underserved populations as well as offering his multitude of skills in kids athletic coaching.

(Ex. B, email from Ellen Rieger, MA LCPC CADC). Thus

11. For all these reasons, Mr. Collins respectfully requests that his Electronic Monitoring and home confinement conditions be removed. Mr. Collins will continue to attend his weekly counseling sessions and abide by all other conditions of his Bond.

12. Counsel has spoken with both Pre-Trial Services Officer Justin Wiersema, and with AUSA Matthew Getter, and **both Pre-Trial Services Officer Wiersema and the Government have no opposition to this motion**.

WHEREFORE, Defendant James Collins respectfully requests that the Court grant this Unopposed Motion and modify his Conditions of Bond by removing his Electronic Monitoring and evening-to-morning home confinement.

Respectfully submitted,

By: /s/ Terence H. Campbell
       Attorney for Defendant James Collins

Terence H. Campbell
Cotsirilos, Tighe, Streicker, Poulos & Campbell
33 North Dearborn Street, Suite 600
Chicago, Illinois   60602
(312) 263-0345
Attorney for James Collins

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that the following document:

UNOPPOSED MOTION TO MODIFY CONDITIONS OF BOND AS TO DEFENDANT JAMES COLLINS

was served on today's date, in accordance with Fed.R.Crim.P. 49, Fed.R.Civ.P. 5, LR 5.5, and the General Order on Electronic Case Filing (ECF) pursuant to the district court's system as the ECF filers.

                                                Respectfully submitted,

                                                By:    /s/ *Terence H. Campbell*