**Sentencing Order** (12/01/20) CCCR 0090 A

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

THE PEOPLE OF THE STATE OF ILLINOIS,

or

_____

A Municipal Corporation

v.

James Collins
_____
·Defendant

☑ Criminal Division
☑ Municipal District No. 2
Br/Rm 104
Case No. YK018642
Statute Citation: 625 ILCS 5/11-501(a)(1)
AOIC Code: 0014721
IR No. _____ SID No. _____
CB No. _____

### SENTENCING ORDER
☑ SOCIAL SERVICE ☐ ADULT PROBATION

IT IS HEREBY ORDERED that

the Defendant is sentenced to a term of  12   Years • Months  Days

☑ Scheduled Termination Date: 8/7/23
☑ Supervision ☐ Conditional Discharge ☐ Standard Probation
☐ Adult Probation Drug Court ☐ Adult Probation ACT Court ☐ Adult Probation Veterans Court
☐ Adult Probation Mental Health Court ☐ Adult Probation Mental Health Unit
☐ Adult Probation Sex Offender Program

☐ Other _____
☐ Special Probation:
　☐ 720 ILCS 550/10 (550 Probation/Cannabis Control Act)
　☐ 720 ILCS 570/410 (410 Probation Controlled Substances Act)
　☐ 720 ILCS 646/70 (Methamphetamine Control & Community Protection Act)
　☐ 730 ILCS 5/5-6-3.6 (1st Time Weapon Offender)
　☐ 730 ILCS 5/5-6-3.4 (Second Chance)
　☐ 720 ILCS 5/12C-15 (Child Endangerment Probation)
☑ Reporting (All DUI orders are reporting) ☐ Non-Reporting
☐ Limited Reporting (Monitor community service or restitution only)

Sentencing Order (12/01/20) CCCR 0090 B

It is further ordered Defendant shall comply with the conditions specified below:

## STANDARD CONDITIONS

- ☑ If reporting is ordered, the Defendant shall report immediately to the Social Service or Adult Probation Department as indicated in the above Sentencing Order and pay that department such sum as determined by the department in accordance with the standard probation fee guide. Said fee not to exceed $50.00 per month.
- ☑ Pay all fines, costs, fees, assessments, reimbursements and restitutions (If applicable, Additional Order Required.).

- ☑ Not violate the criminal statutes of any jurisdiction.
- ☑ Refrain from possessing a firearm or any other dangerous weapons.
- ☑ Notify monitoring agency of change of address.
- ☑ Not leave the State of Illinois without consent of the court or monitoring Agency.
- ☑ Comply with reporting and treatment requirements as determined by the Adult Probation or Social Service Department's assessment. Any treatment requirements not specified elsewhere on this order that would cause a financial hardship shall be reviewed by the court after being imposed.

## DRUG/ALCOHOL/DUI RELATED CONDITIONS

- ☑ Complete drug/alcohol evaluation and treatment recommendations.
- ☐ Submit to random drug testing as determined by the monitoring agency or treatment provider.
- ☐ Zero Tolerance for Drugs/Alcohol.
- ☐ Remote Alcohol Monitoring.
- ☐ Transdermal Alcohol Monitoring.
- ☐ Breath Alcohol Ignition Interlock Device.
- ☐ Complete Traffic Safety School.
- ☐ Complete TASC Program.
- ☐ DUI Offenders Classified Level A Monitoring, report immediately to Central States Institute of Addictions and commence the following treatment intervention program within sixty (60) days of this order:
  - ☐ Minimum ☐ Moderate ☐ Significant
- ☑ DUI Offenders Classified Level B or C Monitoring, report immediately to:
  - ☑ Social Service Department ☐ Adult Probation Department and complete a drug/alcohol evaluation within thirty (30) days, fully comply with the intervention plan and commence the following treatment intervention program within sixty (60) days of this order:
  - ☐ Minimum ☐ Moderate ☐ Significant ☒ High
- ☑ Attend a Victim Impact Panel.
- ☐ File proof of financial responsibility with the Secretary of State.
- ☐ Surrender Driver's License to Clerk of the Court.
- ☐ Pay all Driver's License reinstatement fees.

## SPECIAL CONDITIONS

- ☐ Home Confinement through Adult Probation until _____ (Additional Order Required).
- ☐ GPS device through Adult Probation until _____ at $10 per day (Additional Order Required).

Sentencing Order (12/01/20) CCCR 0090 C

- ☐ Submit to searches by Adult Probation of person and residence when there is reasonable suspicion to require it (high risk probationers only).
- ☐ Obtain a GED.
- ☑ Perform __100__ hours of community service as directed by the ☑ Social Service or ☐ Adult Probation Department Community Service Program. *IC*
- ☐ Perform _____ days of Sheriff's Work Alternative Program (S.W.A.P.) (773) 674-0716.
- ☐ Avoid contact with: _____
- ☐ Complete mental health evaluation and treatment recommendations.
- ☐ Register as a Violent Offender Against Youth.
- ☐ DNA Indexing.
- ☐ Complete Anger Management Counseling and any other recommedations per assessment, which may include an evaluation and/or treatment for alcohol and drug abuse, mental health, parenting or sexual abuse.

**DOMESTIC VIOLENCE**
- ☐ Comply with all lawful court orders including an Order of Protection.
- ☐ Complete Domestic Violence Counseling and any other recommendations per assessment, which may include an evaluation and/or treatment for alcohol and drug abuse, mental health, parenting or sexual abuse.

**SEX OFFENDER**
- ☐ Complete evaluation and treatment recommendations for sex offenders.
- ☐ Register as a sex offender.
- ☐ STD/HIV Testing.

**RESTITUTION**
- ☐ Make restitution to: _____

_____ in the amount of $ _____, payable through the Social Service Department or Adult Probation Department at the rate of $ _____ per _____ with final payment due on or before _____.

- ☐ **OTHER** _____
- ☑ **ADDITIONAL ORDERS**
  12 months supervision, victim impact panel, treatment according to evaluation, 100 hours of independent community service, and costs in the amount of $1,883.50  DEFENDANT HAS COMPLETED ALCOHOL TREATMENT.
- ☐ Next Court Date: _____

Sentencing Order                                                          (12/01/20) CCCR 0090 D

I acknowledge receipt of this Order and agree to abide by the specified conditions. I agree to accept notices by regular mail at the address provided to the monitoring agency and to answer questions asked by the Court related to my behavior. I understand that a failure to comply with the conditions of this Order, or refusal to participate, or withdrawal or discharge from a required program, plan, or testing will be considered a violation of this Order and will be reported to the Court; and may result in a re-sentencing imposing the maximum penalty as provided for the offense.

__JAMES COLLINS__                                    __[signature]__
(Defendant's Name)                                   (Defendant's Signature)

Defendant DOB: 11/15/1969
Address: 1113 MAPLE                                  City: EVANSTON
State: IL   Zip: 60202
Telephone: 847 828 2196   Email: JMRCOLLINS44@GMAIL.COM

Prepared by: _____

ENTERED:
Dated: 3/16/2022

__[signature]__                                      #1735
Judge                                                Judge's No.

Atty. No.: 34417   ARDC No.: 6225501
Atty Name: William J. Luby
Atty. for: D
Address: 830 E Rand Rd #6
City: Mt. Prospect, IL 60056
State: IL   Zip: 60056
Telephone: 847 577 5161
Primary Email: WLUBY@LUBYLAW.COM