**Subject:** Re: Jim Collins issue
**Date:** Monday, September 26, 2022 at 8:04:38 PM Central Daylight Time
**From:** Ellen Rieger
**To:** Terence Campbell

Dear Terry

Per our conversation regarding Jim Collins it is my clinical opinion that Mr. Collins home confinement be discontinued immediately.
He is a recovering alcoholic and isolation is contraindicated for continued sobriety. In addition he is the sole caretaker of his elderly parents who count on him for assistance with their activities of daily living.

I have been treating Mr. Collins weekly for about a year. He has made significant progress in coping with his mental health, is compliant with his treatment plan and willingly takes his medications daily.

He has expressed interest in volunteering with underserved populations  as well as offering his multitude of skills in kids athletic coaching. There is no benefit in keeping Mr Collins from pursuing activities that will be of great benefit to his community as well as having a positive impact on his general well being.

Thank you for your consideration
Ellen Rieger MA LCPC CADC

--
Ellen Rieger MA, LCPC, CADC
Psychotherapist
1740 Ridge Rd #210
Evanston, Il 60201
847 409 9615
www.ellenriegerlcpc.com

"Be kind. We re all just walking each other home."
Ram Dass